IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDMOND McCLINTON                                                                             PETITIONER

v.                             CASE NO. 5:04CV00350 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Petitioner's Motion for Relief from Judgment (DE #16) is denied.

SO ORDERED this  24th  day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE